

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00198-CR

| | | |
|---|---|---|
| Ex parte Mitchell Wayne Watts | § | From the 372nd District Court of Tarrant |
| | § | County (C-372-010536-1262636-AP) |
| | § | November 2, 2017 |
| | § | Opinion by Justice Gabriel |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
      Justice Lee Gabriel